UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE LESLIE VONTRESS,<br><br>Plaintiff,<br>v.<br><br>JO GENTRY, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01791-RFB-NJK<br><br>ORDER |

**I.  DISCUSSION**

In its September 16, 2018 Screening Order, the Court ordered Plaintiff to file his amended complaint within 30 days of the date of that order. (ECF No. 8 at 13). The amended complaint therefore is due on October 16, 2018. Plaintiff has filed a motion for a 30-day extension of time to file his amended complaint. (ECF No. 11 at 1, 2). Plaintiff states that he needs the extra time because he does not currently have access to his legal files and must wait his turn to obtain them. (*Id.* at 1). The Court grants the motion for an extension of time. Plaintiff shall file his amended complaint on or before November 15, 2018.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 11) is granted. Plaintiff shall file his amended complaint on or before November 15, 2018.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by November 15, 2018, this case shall be dismissed for failure to state a claim.

DATED this 5th day of October 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE