UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE LESLIE VONTRESS,<br><br>    Plaintiff,<br>v.<br>JO GENTRY, et al.,<br>    Defendants. | Case No. 2:17-cv-01791-RFB-NJK<br><br>ORDER |

**I.    DISCUSSION**

On June 20, 2019, this Court issued a screening order on the first amended complaint and stayed the case for 90 days. (ECF No. 25). The screening order explicitly stated, "[d]uring this 90-day stay period, no other pleadings or papers shall be filed in this case." (*Id.* at 12). Despite this order, on July 29, 2019, Plaintiff filed a motion to amend the amended complaint (ECF No. 28) in violation of the stay. In light of the stay and in order to expeditiously move through the initial screening process and the inmate mediation program, the Court denies the motion to amend the amended complaint that was filed in violation of this Court's order. If Plaintiff wishes to file motions or an amended complaint, he must wait until the Court issues an order lifting the stay.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion to amend the amended complaint (ECF No. 28) is denied.

/ / /

/ / /

IT IS FURTHER ORDERED that the deadlines and stay set forth in the screening order (ECF No. 25) remain in effect and that Plaintiff may not file pleadings or papers until the Court lifts the stay.

DATED this 31st day of July, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE