# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE LESLIE VONTRESS,

    Plaintiff(s),

v.

JO GENTRY, et al.,

    Defendant(s).

Case No.: 2:17-cv-01791-RFB-NJK

**Order**

(Docket Nos. 35, 36)

Pending before the Court are Plaintiff's motions for a copy of, or return of, attached exhibits and files and for leave to file a second amended complaint. Docket Nos. 35, 36.

Plaintiff's first motion requests copies of, or return of, the exhibits he purports were attached to his motion for leave to file a second amended complaint. Docket No. 35 at 1. However, no exhibits were attached to that motion. *See* Docket No. 36. Plaintiff's second motion violates Local Rule 15-1, which requires a moving party to "attach the proposed amended pleading to [the] motion seeking leave of the court to file an amended pleading."

Accordingly, both motions are **DENIED** without prejudice.

Dated: October 7, 2019

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge